RICHARD C. LA TOURETTE, Appellant, *v.* JENNIE B. LA TOU-
RETTE, Respondent.

*La Tourette* v. *La Tourette,* 54 App. Div. 137, appeal dismissed.
(Argued June 3, 1901; decided June 11, 1901.)

MOTION to dismiss an appeal from a judgment of the Appel-
late Division of the Supreme Court in the second judicial
department, entered November 23, 1900, affirming a judg-
ment in favor of defendant entered upon a dismissal of the
complaint by the court on trial at Special Term.

The motion was made upon the ground that no questions of
law are raised by the appeal that are reviewable in this court.

*Fanny H. Carpenter* and *John R. Reid* for motion.

*David Thornton* opposed.

Motion granted and appeal dismissed, with costs, and ten
dollars costs of motion.

---

JAMES REYNOLDS, Respondent, *v.* MAYOR, LANE & COMPANY,
Appellant.

Reported below, 57 App. Div. 622.
(Argued June 3, 1901; decided June 11, 1901.)

MOTION to dismiss an appeal from a judgment of the Appel-
late Division of the Supreme Court in the fourth judicial
department, entered February 1, 1901, affirming a judgment
in favor of plaintiff entered upon a verdict and an order
denying a motion for a new trial.

The motion was made upon the grounds that the Appel-
late Division has unanimously decided that the findings of
fact are supported by the evidence; that the exceptions are
frivolous, and there is no question of law involved which can
be considered by the Court of Appeals.

*P. M. French* for motion.

*James M. E. O'Grady* opposed.

Motion denied, with ten dollars costs.